**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

St. Paul Fire and Marine Co.

Plaintiff,

CIVIL 01-139 PAM

vs.

**ORDER OF DISMISSAL**

Westfield Insurance Co.

Defendant.

---

Based on this Court's previous order and having received no response from counsel,

**IT IS ORDERED** that this case be dismissed with prejudice for lack of prosecution.

Dated: October 18, 2001

**Paul A. Magnuson**, Judge
United States District Court

FILED OCT 18 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK